No. 318. DWELLING BUILDING & LOAN ASSOCIATION ET AL. v. WINFIELD S. MACHENRY, TRUSTEE IN BANKRUPTCY. Appeal from the Circuit Court of Appeals for the Third Circuit. Submitted April 29, 1921. Decided June 1, 1921. Per Curiam. Dismissed for want of jurisdiction upon the authority of the Act of January 28, 1915, c. 22, § 4, 38 Stat. 803, as amended by the Act of September 6, 1916, c. 448, § 3, 39 Stat. 726, 727. Mr. Joseph Gilfillan and Mr. George S. Graham for appellants. Mr. H. Edgar Barnes and Mr. Owen J. Roberts for appellee.

No. —, Original. Ex parte: IN THE MATTER OF THE STATE OF LOUISIANA, PETITIONER. Submitted May 16, 1921. Decided June 1, 1921. Motion for leave to file petition for a writ of mandamus herein denied. Mr. L. E. Hall for petitioner.